THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARWOOD REAL ESTATE ASSOCIATION OF NEW YORK, Respondent, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments, etc., Appellants. (Taxes of 1915.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Rich, Putnam and Blackmar, JJ., concurred.